# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGIS RE'MONE CHATMAN

NO. 2019 KW 0810

**OCT 1 8 2019**

---

In Re:    Regis Re'Mone Chatman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 538631.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT